| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Amber L. Eck, Esq, Bar #177882<br>Haeggquist & Eck, LLP<br>225 Broadway, Suite 2050<br>San Diego, CA 92101 | | | | |
| Telephone No: 619-342-8000 FAX No: 619-342-7878 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of California | | | | |
| Plaintiff: JAJ Group, Inc. d/b/a Earl of Sandwich, et al. | | | | |
| Defendant: Liberty Mutual Insurance Company | | | | |
| PROOF OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>20CV1620JMMDD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a. Party served:                           Liberty Mutual Insurance Company
   b. Person served:                       Kaitlyn Mannix, Service of Process Intake Clerk, Caucasian, Female, 32 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 190 Pounds.

4. Address where the party was served:      Corporation Service Company
   2710 Gateway Oaks Dr. # 150N
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Aug. 21, 2020 (2) at: 10:23AM

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason                                 d. **The Fee** *for Service was:*     $65.00
   b. **Class Action Research & Litigation**       e. I am: (3) registered California process server
      P O Box 740                                           (i)    Independent Contractor
      Penryn, CA 95663                           (ii)   *Registration No.:*     03-007
   c. (916) 663-2562, FAX (916) 663-4955       (iii)  *County:*              Placer

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Aug. 21, 2020

                                                                                      (Robert J. Mason)

  **Judicial Council Form**                             **PROOF OF SERVICE**
  **Rule 2.150.(a)&(b) Rev January 1, 2007**      Summons & Complaint                                        amleck.209852