KATHY HUANG (State Bar No. 240677)
LISA L. GARCIA (State Bar No. 301362)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
kathy.huang@alston.com
lisa.garcia@alston.com

Attorney for Defendant
**LIBERTY MUTUAL INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAJ GROUP, INC. d/b/a EARL OF SANDWICH, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:20-cv-01620-JM-MDD<br><br>Assigned to the Honorable Jeffrey T. Miller<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 7-2]<br><br>Filing Date: August 20, 2020 |

Plaintiff JAJ Group, Inc. d/b/a Earl of Sandwich ("Plaintiff") and Defendant Liberty Mutual Insurance Company ("Defendant") have conferred by and through their respective counsel and, subject to the Court's approval, **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, Plaintiff filed the above-entitled Class Action Complaint ("Complaint") on August 20, 2020 [Dkt. 1];

WHEREAS, the Complaint was served on Defendant on August 21, 2020;

WHEREAS, Defendant's response to the Complaint is currently due on September 11, 2020;

WHEREAS, the Parties have agreed that a 30-day extension of time for Defendant to respond to the Complaint will not prejudice any party;

WHEREAS, good cause exists for the requested continuance because the additional time will allow Defendant to conduct a complete review and analysis of the Complaint and prepare an appropriate response thereto;

WHEREAS, this is the first extension requested by Defendant to file a responsive pleading to the Complaint and is not made for any improper purposes or to delay;

WHEREFORE, the Parties hereby agree and stipulate that Defendant shall have through and including October 12, 2020, in order to file any responsive pleading to the Complaint.

**IT IS SO STIPULATED.**

Dated: August 31, 2020        AMBER L. ECK
ALREEN HAEGGQUIST
ROBERT PRINE
**HAEGGQUIST & ECK, LLP**

s/Amber L. Eck
                              Amber L. Eck
Attorney for Plaintiff
**JAJ GROUP, INC. D/B/A EARL OF SANDWICH**

Dated: August 31, 2020        KATHY HUANG
LISA L.GARCIA
**ALSTON & BIRD LLP**

s/Kathy Huang
                              Kathy Huang
Attorney for Defendant
**LIBERTY MUTUAL INSURANCE COMPANY**

Attestation: I, Kathy Huang, hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I caused a copy of **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** to be served upon counsel in the manner described below:

Via the Court's CM/ECF system:

Amber L. Eck
Alreen Haeggquist
Robert Prine
HAEGGQUIST & ECK, LLP
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@haelaw.com
alreenh@haelaw.com
robertp@haelaw.com


_____
s/Kathy Huang
Kathy Huang
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY