# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAJ GROUP, INC. d/b/a EARL OF SANDWICH, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 20cv1620 JM (MDD)<br><br>**ORDER ON JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

On August 31, 2020, the parties jointly moved for an extension of time for Defendant to respond to the Complaint. (Doc. No. 4.) The response to the Complaint is currently due on September 11, 2020. The parties request a 30-day extension. The reason provided for the extension is that "additional time will allow Defendant to conduct a complete review and analysis of the Complaint and prepare an appropriate response thereto." (*Id*. at 2.) For good cause shown, the Joint Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint is **GRANTED**. Defendant shall file its response to the Complaint on or before *October 12, 2020*.

IT IS SO ORDERED.

DATED: September 1, 2020

JEFFREY T. MILLER
United States District Judge

1